# LITE DePALMA GREENBERG & RIVAS, LLC

ATTORNEYS AT LAW

TWO GATEWAY CENTER

12TH FLOOR

NEWARK, NEW JERSEY 07102-5003

(973) 623-3000
TELEPHONE

(973) 623-0858
FACSIMILE

March 30, 2007

**VIA HAND-DELIVERY**

William T. Walsh, Clerk
United States District Court
Martin Luther King Jr. Federal Building
 & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: **Mark Golding v. Menu Foods Limited, et al.**

Dear Mr. Walsh:

We are the attorneys for plaintiff in the above referenced matter. Enclosed for filing please find an original and three copies each of Summonses, Class Action Complaint, Certificate of Non-Arbitrability, and Civil Cover Sheet. Also enclosed is our check in the amount of $350.00 representing payment of the filing fee and a disc containing the documents in pdf format.

Please file same and return a copy of each so marked in the envelope provided. Thank you for your attention to this matter.

Very truly yours,

Joseph J. DePalma

JJD:al
Encls.