# United States District Court

_____DISTRICT OF NEW JERSEY_____

**SUMMONS IN A CIVIL ACTION**

MARK GOLDING, on behalf of himself
and all others similarly situated,

    Plaintiff,

    vs.

07CV 1521(NLH)

MENU FOODS LIMITED; MENU FOODS
INC.; MENU FOODS MIDWEST CORPORATION;
MENU FOODS INCOME FUND; MENU FOODS
SOUTH DAKOTA, INC.; and MENU FOODS HOLDINGS,
INC.; and DOES 1 through 100, inclusive.

    Defendants.

TO: (Name Address of Defendant)

MENU FOODS LIMITED
8 Falconer Drive
Mississauga, ON L5N 1B1
Canada

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**                    4/5/07
_____          _____
CLERK                                   DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF NEW JERSEY

## SUMMONS IN A CIVIL ACTION

MARK GOLDING, on behalf of himself
and all others similarly situated,

   Plaintiff,

   vs.

MENU FOODS LIMITED; MENU FOODS
INC.; MENU FOODS MIDWEST CORPORATION;
MENU FOODS INCOME FUND; MENU FOODS
SOUTH DAKOTA, INC.; and MENU FOODS HOLDINGS,
INC.; and DOES 1 through 100, inclusive.

   Defendants.

07CV1521(NLH)

TO: (Name Address of Defendant)

   MENU FOODS INC.
   9130 Griffith Morgan Lane
   Pennsauken, NJ 08110-3211

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

   Joseph J. DePalma
   Lite DePalma Greenberg & Rivas, LLC
   Two Gateway Center, 12th Floor
   Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**     4/5/07

CLERK     DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

MARK GOLDING, on behalf of himself
and all others similarly situated,

    Plaintiff,

    vs.

MENU FOODS LIMITED; MENU FOODS
INC.; MENU FOODS MIDWEST CORPORATION;
MENU FOODS INCOME FUND; MENU FOODS
SOUTH DAKOTA, INC.; and MENU FOODS HOLDINGS,
INC.; and DOES 1 through 100, inclusive,

    Defendants.

07CV1521(NLH)

TO: (Name Address of Defendant)

    MENU FOODS MIDWEST CORPORATION
    1400 E Logan Ave
    Emporia, KS , 66801-6822

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**　　　　　4/5/07

CLERK　　　　　　　　　　　　　DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

MARK GOLDING, on behalf of himself
and all others similarly situated,

    Plaintiff,

07CV1521(NLH)

    vs.

MENU FOODS LIMITED; MENU FOODS
INC.; MENU FOODS MIDWEST CORPORATION;
MENU FOODS INCOME FUND; MENU FOODS
SOUTH DAKOTA, INC.; and MENU FOODS HOLDINGS,
INC.; and DOES 1 through 100, inclusive.

    Defendants.

TO: (Name Address of Defendant)

    MENU FOODS INCOME FUND
    8 Falconer Drive
    Mississauga, ON L5N 1B1
    Canada

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**    4/5/07

CLERK    DATE

BY DEPUTY CLERK

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

# United States District Court

DISTRICT OF NEW JERSEY

## SUMMONS IN A CIVIL ACTION

MARK GOLDING, on behalf of himself
and all others similarly situated,

    Plaintiff,

07cv 1521(NLH)

    vs.

MENU FOODS LIMITED; MENU FOODS
INC.; MENU FOODS MIDWEST CORPORATION;
MENU FOODS INCOME FUND; MENU FOODS
SOUTH DAKOTA, INC.; and MENU FOODS HOLDINGS,
INC.; and DOES 1 through 100, inclusive.

    Defendants.

TO: (Name Address of Defendant)

    MENU FOODS SOUTH DAKOTA, INC.
    630 North Derby Lane
    North Sioux City, SD 57049

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**　　　　4/5/07

CLERK　　　　　　　　　　　　DATE

BY DEPUTY CLERK

# United States District Court

DISTRICT OF NEW JERSEY

## SUMMONS IN A CIVIL ACTION

MARK GOLDING, on behalf of himself
and all others similarly situated,

    Plaintiff,

07CV 1521(NLH)

vs.

MENU FOODS LIMITED; MENU FOODS
INC.; MENU FOODS MIDWEST CORPORATION;
MENU FOODS INCOME FUND; MENU FOODS
SOUTH DAKOTA, INC.; and MENU FOODS HOLDINGS,
INC.; and DOES 1 through 100, inclusive.

    Defendants.

TO: (Name Address of Defendant)

    MENU FOODS HOLDINGS, INC.
    8 Falconer Drive
    Mississauga, ON L5N 1B1
    Canada

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**     4/5/07

CLERK     DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action