# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

MARK GOLDING, on behalf of himself
and all others similarly situated,

      Plaintiff,

      vs.

MENU FOODS LIMITED; MENU FOODS
INC.; MENU FOODS MIDWEST CORPORATION;
MENU FOODS INCOME FUND; MENU FOODS
SOUTH DAKOTA, INC.; and MENU FOODS HOLDINGS,
INC.; and DOES 1 through 100, inclusive.

      Defendants.

07CV 1521(NLH)

TO: (Name Address of Defendant)

MENU FOODS LIMITED
8 Falconer Drive
Mississauga, ON L5N 1B1
Canada

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**       4/5/07

CLERK                      DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

Dockets.Justia.com

| *Attorney or Party without Attorney:*<br>Joseph J. DePalma, Esq.<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>*Telephone No:* 973-623-3000    *FAX No:* 973-623-0858<br>*Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - District of New Jersey

*Plaintiff:* Mark Golding, et al.
*Defendant:* Menu Foods Limited, et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV1521(NLH) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Case Cover Sheet; Certificate of Non-Arbitrability

3. a. Party served:        Menu Foods Limited
   b. Person served:        Mark Wiens, Chief Financial Officer

4. Address where the party was served:    8 Falconer Drive
                                            Mississauga, Ontario, CAN  L5N 1B1

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 14, 2007 (2) at: 4:00PM

7. *Person Who Served Papers:*
   a. Richard Hoeg
   b. **Class Action Research and** Litigation Support Services, Inc.
   6543 Kite Hawk Place
   Penryn, CA  95663
   c. (866) 663-9590, FAX (866) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of New Jersey that the foregoing is true and correct.

   MAY 17 2007
   *(Date)*        *(Signature)*

8. *SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

   My Commission Expires: Greg Borg, a Commissioner, etc., City of Toronto, for Borg Process Servers Inc., and for Process Serving and Tenant Protection Act, 1997 matters. Expires March 14, 2009.

   AFFIDAVIT OF SERVICE
   Summons/Complaint        *(Notary Public)*        jodep.100021

# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

MARK GOLDING, on behalf of himself
and all others similarly situated,

    Plaintiff,

    vs.

MENU FOODS LIMITED; MENU FOODS
INC.; MENU FOODS MIDWEST CORPORATION;
MENU FOODS INCOME FUND; MENU FOODS
SOUTH DAKOTA, INC.; and MENU FOODS HOLDINGS,
INC.; and DOES 1 through 100, inclusive.

    Defendants.

07CV1521(NLH)

TO: (Name Address of Defendant)

    MENU FOODS INCOME FUND
    8 Falconer Drive
    Mississauga, ON L5N 1B1
    Canada

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**    4/5/07
CLERK                  DATE

_[signature]_
BY DEPUTY CLERK

| Attorney or Party without Attorney:<br>Joseph J. DePalma, Esq.<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone No: 973-623-3000    FAX No: 973-623-0858 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District of New Jersey | | | | |
| Plaintiff: Mark Golding, et al. | | | | |
| Defendant: Menu Foods Limited, et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV1521(NLH) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Case Cover Sheet; Certificate of Non-Arbitrability

3. a. Party served:           Menu Foods Income Fund
   b. Person served:          Mark Wiens, Chief Financial Officer

4. Address where the party was served:    8 Falconer Drive
                                          Mississauga, Ontario, CAN  L5N 1B1

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 14, 2007 (2) at: 4:00PM

7. Person Who Served Papers:
   a. Richard Hoeg
   b. **Class Action Research and**
      Litigation Support Services, Inc.
      6543 Kite Hawk Place
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of New Jersey that the foregoing is true and correct.

   MAY 17 2007
   (Date)        (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires
Greg Borg, a Commissioner, etc., City of
Toronto, for Borg Process Servers Inc.
and for Process Serving and Tenant
Protection Act, 1997 matters only.
Expires March 14, 2009.

AFFIDAVIT OF SERVICE
Summons/Complaint

(Notary Public)

jodep.100024

# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

MARK GOLDING, on behalf of himself
and all others similarly situated,

   Plaintiff,

07cv1521(NLH)

   vs.

MENU FOODS LIMITED; MENU FOODS
INC.; MENU FOODS MIDWEST CORPORATION;
MENU FOODS INCOME FUND; MENU FOODS
SOUTH DAKOTA, INC.; and MENU FOODS HOLDINGS,
INC.; and DOES 1 through 100, inclusive.

   Defendants.

TO: (Name Address of Defendant)

   MENU FOODS INC.
   9130 Griffith Morgan Lane
   Pennsauken, NJ 08110-3211

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

   Joseph J. DePalma
   Lite DePalma Greenberg & Rivas, LLC
   Two Gateway Center, 12th Floor
   Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**

DATE: 4/5/07

CLERK

_____
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

| Attorney or Party without Attorney:<br>Joseph J. DePalma, Esq.<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone No: 973-623-3000    FAX No: 973-623-0858 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District of New Jersey | | | | |
| Plaintiff: Mark Golding, et al. | | | | |
| Defendant: Menu Foods Limited, et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV1521(NLH) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Case Cover Sheet; Certificate of Non-Arbitrability

3. a. Party served:          Menu Foods, Inc.
   b. Person served:         Margaret Phillips, Person Authorized to Accept Legal Process

4. Address where the party was served:    Corporation Trust Company
                                          820 Bear Tavern Road
                                          West Trenton, NJ 08628

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 14, 2007 (2) at: 3:15PM

7. Person Who Served Papers:
   a. Douglas Boyle
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      6543 Kite Hawk Place
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of New Jersey that the foregoing is true and correct.

   5/18/07   (Signature)
   (Date)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires _____ (Date)

   AFFIDAVIT OF SERVICE
   Summons/Complaint

   (Notary Public)   5-18-07
   jodep.100022

   ROBERT CIFELLI
   Notary Public of New Jersey
   My Commission Expires Oct. 6, 2008

# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

MARK GOLDING, on behalf of himself
and all others similarly situated,

    Plaintiff,

    vs.

MENU FOODS LIMITED; MENU FOODS
INC.; MENU FOODS MIDWEST CORPORATION;
MENU FOODS INCOME FUND; MENU FOODS
SOUTH DAKOTA, INC.; and MENU FOODS HOLDINGS,
INC.; and DOES 1 through 100, inclusive.

    Defendants.

07cv1521(NLH)

TO: (Name Address of Defendant)

    MENU FOODS HOLDINGS, INC.
    8 Falconer Drive
    Mississauga, ON L5N 1B1
    Canada

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**     4/5/07
_____  _____
CLERK                    DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

| Attorney or Party without Attorney:<br>Joseph J. DePalma, Esq.<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone No: 973-623-3000    FAX No: 973-623-0858 | | | | For Court Use Only |
|---|---|---|---|---|
| | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District of New Jersey | | | | |
| Plaintiff: Mark Golding, et al. | | | | |
| Defendant: Menu Foods Limited, et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>Summons/Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV1521(NLH) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Case Cover Sheet; Certificate of Non-Arbitrability

3. a. Party served:    Menu Foods Holdings, Inc.
   b. Person served:   Scott LaScala, Person Authorized to Accept Legal Process

4. Address where the party was served:    The Corporation Trust Company
                                          1209 Orange Street
                                          Wilmington, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 14, 2007 (2) at: 1:26PM

7. *Person Who Served Papers:*
   a. Lou Matos
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of New Jersey that the foregoing is true and correct.

   5-29-07
   (Date)          (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires 11/24/07
   (Date)

   DENNIS SCHOFIELD
   NOTARY PUBLIC
   STATE OF DELAWARE
   My Commission Expires Nov. 24, 2007

   (Notary Public)

   AFFIDAVIT OF SERVICE
   Summons/Complaint

   jodep.100026

# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

MARK GOLDING, on behalf of himself
and all others similarly situated,

    Plaintiff,

07CV1521(NLH)

    vs.

MENU FOODS LIMITED; MENU FOODS
INC.; MENU FOODS MIDWEST CORPORATION;
MENU FOODS INCOME FUND; MENU FOODS
SOUTH DAKOTA, INC.; and MENU FOODS HOLDINGS,
INC.; and DOES 1 through 100, inclusive.

    Defendants.

TO: (Name Address of Defendant)

    MENU FOODS MIDWEST CORPORATION
    1400 E Logan Ave
    Emporia, KS, 66801-6822

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**    4/5/07

CLERK    DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

| Attorney or Party without Attorney:<br>Joseph J. DePalma, Esq.<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone No: 973-623-3000    FAX No: 973-623-0858 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District of New Jersey | |
| Plaintiff: Mark Golding, et al. | |
| Defendant: Menu Foods Limited, et al. | |
| **AFFIDAVIT OF SERVICE**<br>Summons/Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV1521(NLH) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Case Cover Sheet; Certificate of Non-Arbitrability

3. a. Party served:        Menu Foods Midwest Corp.
   b. Person served:       Scott LaScala, Person Authorized to Accept Legal Process

4. Address where the party was served:   The Corporation Trust Company
                                          1209 Orange Street
                                          Wilmington, DE  19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 14, 2007 (2) at: 1:26PM

7. *Person Who Served Papers:*
   a. Lou Matos
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New Jersey that the foregoing is true and correct.

5-29-07
(Date)   (Signature)

DENNIS SCHOFIELD
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov. 24, 2007

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires  11/24/07
                       (Date)

AFFIDAVIT OF SERVICE
Summons/Complaint        (Notary Public)

jodep.100023

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

MARK GOLDING, on behalf of himself
and all others similarly situated,

      Plaintiff,

    vs.

MENU FOODS LIMITED; MENU FOODS
INC.; MENU FOODS MIDWEST CORPORATION;
MENU FOODS INCOME FUND; MENU FOODS
SOUTH DAKOTA, INC.; and MENU FOODS HOLDINGS,
INC.; and DOES 1 through 100, inclusive.

      Defendants.

07cv 1521(NLH)

TO: (Name Address of Defendant)

    MENU FOODS SOUTH DAKOTA, INC.
    630 North Derby Lane
    North Sioux City, SD 57049

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**      4/5/07

CLERK                                     DATE

BY DEPUTY CLERK

| Attorney or Party without Attorney: Joseph J. DePalma, Esq.<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone No: 973-623-3000    FAX No: 973-623-0858 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court - District of New Jersey | | | | |
| Plaintiff: Mark Golding, et al. | | | | |
| Defendant: Menu Foods Limited, et al. | | | | |
| **AFFIDAVIT OF SERVICE** Summons/Complaint | Hearing Date: | Time: | Dept/Div: | Case Number: 07CV1521(NLH) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Case Cover Sheet; Certificate of Non-Arbitrability

3. a. Party served:       Menu Foods South Dakota, Inc.
   b. Person served:     Scott LaScala, Person Authorized to Accept Legal Process

4. Address where the party was served:    The Corporation Trust Company
                                          1209 Orange Street
                                          Wilmington, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 14, 2007 (2) at: 1:26PM

7. Person Who Served Papers:
   a. Lou Matos
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of New Jersey that the foregoing is true and correct.

5-29-07
(Date)            (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires 11/24/07
                      (Date)

DENNIS SCHOFIELD
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov. 24, 2007

AFFIDAVIT OF SERVICE
Summons/Complaint

(Notary Public)

jodep.100025